CILETTI ᴇᴛ ᴀʟ. *v.* CITY OF WASHINGTON ᴇᴛ ᴀʟ.

No. 418.   Decided December 8, 1958.

*Anthony L. Marino, Eugene C. Sloan, Wilbur F. Galbraith* and *Miles Warner* for appellants.

*Elder W. Marshall, Ernest R. von Starck, J. Wesley Oler* and *Meyer Goldfarb* for appellees.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

Mʀ. Jᴜsᴛɪᴄᴇ Fʀᴀɴᴋғᴜʀᴛᴇʀ took no part in the consideration or decision of this case.

SANDERS *v.* TEXAS.

No. 214, Misc.   Decided December 8, 1958.

Pᴇʀ Cᴜʀɪᴀᴍ.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

Mʀ. Jᴜsᴛɪᴄᴇ Fʀᴀɴᴋғᴜʀᴛᴇʀ took no part in the consideration or decision of this case.